# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PHILLIP DRAUGHTER, JR.,** )<br>)<br>    **Plaintiff,**    )<br>)<br>**v.**    )<br>)<br>**ALABAMA STATE PORT**    )<br>**AUTHORITY,**    )<br>)<br>    **Defendant.**    ) | **CIVIL ACTION NO. 1:19-cv-00609-TFM-N** |

## JOINT SETTLEMENT STATEMENT

Plaintiff Phillip Draughter, Jr. ("Plaintiff") and Defendant Alabama State Port Authority ("Defendant" or "ASPA") (hereinafter, the "Parties"), through undersigned counsel, per the Court's Order [Doc. 30], submit the following joint statement setting out the present status of settlement negotiations and whether mediation or a settlement conference would be helpful. The Parties state as follows:

Because the discovery deadline has just expired and Defendant anticipates filing a Motion for Summary Judgment, both Plaintiff and Defendant agree that settlement prospects are not likely at this time. The Parties agree that while alternative dispute resolution procedures may not be appropriate at this time, ADR or mediation may prove useful if Defendant's Motion for Summary Judgment is not successful and/or informal attempts by the Parties at settlement do not bear fruit.

Respectfully submitted,

*/s/ Lisa Darnley Cooper*
Lisa Darnley Cooper (COOP8509)
Christine Harding Hart (HARTC5687)
HAND ARENDALL HARRISON SALE LLC
P.O. Box 123
Mobile, Alabama 36601

1

Telephone: (251) 432-5511
lcooper@handfirm.com
chart@handfirm.com
*Attorneys for Defendant Alabama State Port Authority*


*/s/ Ronnie L. Williams*
Ronnie L. Williams
Reginald Williams
Williams & Associates
814 St. Francis Street
Mobile, AL 36602
*Attorneys for Plaintiff*

***\*Lisa Darnley Cooper represents that she was given consent by Ronnie L. Williams to electronically file and sign on behalf of Plaintiff.***