**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **PHILLIP DRAUGHTER, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 1:19-cv-00609-TFM-N** |
| | ) | |
| **ALABAMA STATE PORT AUTHORITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATEMENT REGARDING SETTLEMENT**

Pursuant to the Court's Scheduling Order, the parties submit this statement regarding the status of settlement negotiations:

1. Counsel for the parties have engaged in meaningful discussions about the possibility of settlement. Settlement has not been reached, but informal efforts have not been exhausted.

2. The parties acknowledge and agree that a Magistrate Judge-led settlement conference may prove useful in the future, but is not needed at this time especially in light of the parties' pending motions for summary judgment.

Respectfully submitted,

*/s/ Christine Harding Hart*
Lisa Darnley Cooper (COOP8509)
Christine Harding Hart (HARTC5687)
HAND ARENDALL HARRISON SALE LLC
P.O. Box 123
Mobile, Alabama 36601
lcooper@handfirm.com
chart@handfirm.com
*Attorneys for Alabama State Port Authority*

*/s/ Ronnie L. Williams**
Ronnie L. Williams
Reginald Williams
Williams & Associates
814 St. Francis Street
Mobile, AL 36602
ron@williams-llc.com
reginald@williams-llc.com
*Attorney for Plaintiff*

***Christine Harding Hart represents that she was given consent by Ronnie L. Williams to electronically file and sign on behalf of Plaintiff.***